UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-170

| | |
|---|---|
| BREWER & BREWER, PLLC on its own behalf and as Successor In Interest to BREWER AND BREWER, Attorneys At Law, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY L. FULLER and MARJORIE A. FULLER, COMMUNITY ONE BANK, N.A., BRANCH BANKING AND TRUST COMPANY, YADKIN VALLEY BANK AND TRUST COMPANY, SANDRA AND FRED LEMLY, JOHANNA EIKELAND, INVESTORS TITLE INSURANCE COMPANY, and TRUSTEE FOR THE ESTATE OF MICHELLE T. SHEPHERD, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff Brewer & Brewer, PPLC's Motion for Discharge from Further Liability and Permanent Injunction and Dismissal with Prejudice (Doc. 30)[1] filed March 18, 2011. For good cause shown, and with the consent of the defendants Branch Banking and Trust Company and Investors Title Insurance Company, the Court finds that the motion should be **GRANTED.**

---

[1] Plaintiff Brewer & Brewer, PLLC brings this motion on its own behalf and as successor in interest to Brewer and Brewer, Attorneys at Law. For purposes of this Order, Plaintiff will be referred to as Brewer & Brewer, PLLC.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff is discharged from any further liability in regards to the funds that are the subject of this interpleader action;

2. Defendants are permanently enjoined from instituting or prosecuting any proceeding in any State or United States Court affecting the funds that are the subject of this interpleader action;

3. Plaintiff is **DISMISSED FROM THIS CASE WITH PREJUDICE.**

Signed: April 27, 2011

Richard L. Voorhees
United States District Judge