# United States District Court
# For The Western District of North Carolina
# Statesville Division

BREWER & BREWER, LLC,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                              5:10CV170

TIMOTHY L. FULLER, ET AL,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2012 Order.

                                                        Signed: January 11, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court