# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### CASE NO. 5:10-CV-00170-RLV-DSC

| | | |
|---|---|---|
| BREWER & BREWER, PLLC, on its own Behalf and as Successor in Interest to BREWER & BREWER, Attorneys at Law | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| TIMOTHY L. FULLER, MARJORIE A. FULLER, COMMUNITY ONE BANK, N.A., BRANCH BANKING AND TRUST COMPANY, YADKIN VALLEY BANK AND TRUST COMPANY, SANDRA AND FRED LEMLY, JOHANNA EIKELAND, INVESTORS TITLE INSURANCE COMPANY, and BARRETT L. CRAWFORD, Trustee for the Estate of Michelle T. Shepherd, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the motions of Defendants Branch Banking and

Trust Company and Investors Title Insurance Company ("Movants") for judgment on the

pleadings and entry of consent judgment (Doc. 41), and default judgment supported by affidavit

of counsel for Branch Banking and Trust Company (Docs. 38, 39). *See* Fed. R. Civ. P. 12(c),

55(b).

After commencement of this interpleader action on November 3, 2010, Plaintiff Brewer

& Brewer, PLLC, deposited into a Registry Account with the Clerk of Court funds collected in

regard to an Ashe County partition proceeding and theretofore held in trust. Thereafter, the Court

discharged Plaintiff from further liability and issued a permanent injunction in favor of Plaintiff

by Order entered April 28, 2011. (Doc. 34.)

Having been duly served by Certified Mail Return Receipt Requested as evidenced by Plaintiff's Affidavits of Service (Docs. 14, 15, 16, 19, 20, 27) and Waivers of Service (Docs. 23, 24), Defendants Timothy L. Fuller, Marjorie A. Fuller, Community One Bank, N.A., Yadkin Valley Bank and Trust Company, Sandra Lemly, Fred Lemly, and Barrett L. Crawford, Trustee for the Estate of Michelle T. Shepherd, failed to plead, file an answer, or otherwise defend this action within the time allowed by law. Accordingly, the Clerk of Court entered default against said Defendants on August 25, 2011. (Doc. 37.)

Additionally, Defendant Johanna Eikeland served a letter on Plaintiff disclaiming any interest in the funds, based upon recovery for her loss from Investors Title Insurance Company. (Doc. 12 at 2.)

Accordingly, the pleadings have closed, and Movants are the only parties with any remaining rights in and claims to the funds. Movants have settled their competing claims to these funds, each agreeing to take a pro rata share according to their relative total claims: Branch Banking and Trust Company has agreed to accept $21,290.02 of the funds available, and Investors Title Insurance Company has agreed to accept the remaining $19,650.02. (Doc. 42 at 2); Fed. R. Civ. P. 54.

**IT IS, THEREFORE, ORDERED** that Movants' Motion for Default Judgment (Doc. 38) and Motion for Judgment on the Pleadings (Doc. 41) be **GRANTED**. Default judgment is hereby entered against Defendants Timothy L. Fuller, Marjorie A. Fuller, Community One Bank, N.A., Yadkin Valley Bank and Trust Company, Sandra Lemly, Fred Lemly, and Barrett L. Crawford, Trustee for the Estate of Michelle T. Shepherd, each of them, in this action, and judgment is hereby entered against Johanna Eikeland. **IT IS FURTHER ORDERED** that the

Clerk of Court disburse the funds in the Registry Account to Branch Banking and Trust

Company in the amount of $21,299.03, inclusive of interest earned while the funds were

invested, and the remainder to Investors Title Insurance Company.

Signed: January 18, 2012

Richard L. Voorhees
United States District Judge